# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

James Edward Sudduth III
Sudduth & Associates
1109 Pithon Street
Lake Charles LA 70601

John L. Fourcade, III
Sudduth and Associates, LLC
1109 Pithon Street
Lake Charles LA 70601

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 7, 2023

## REHEARING ACTION: June 7, 2023

**Docket Number: 22   00772-JWC consolidated with 742-JAC**

**IN RE: P.C.C. AND V.R.C FOR THE INTRA-FAMILY ADOPTION OF N.L.B.**

**Writ Application from Beauregard Parish Case No. 2022-0012**

**BEFORE JUDGES:**

    **Hon. Candyce G. Perret**
    **Hon. Guy E. Bradberry**
    **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **J. L. B. – father** has this day been

    **DENIED.**

cc: David L. Wallace, Counsel for  the Respondent
   Michael Scott Harper, Counsel for  the Respondent